**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

D.A.L. : No. 82 WM 2019
:
:
:
v. :
:
:
:
ST. JOSEPH PARISH AND THE ROMAN :
CATHOLIC DIOCESE OF PITTSBURGH :
:
:
:
PETITION OF: THE ROMAN CATHOLIC :
DIOCESE OF PITTSBURGH AND ST. :
JOSEPH PARISH :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary

Relief is DENIED.